UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALBERTO RAMIREZ-ALBARRACIN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ERIC H HOLDER, JR., et al.,<br><br>　　　　　Respondents. | Case No.　14-cv-02133-JSC<br><br>**JUDGMENT** |

　　　　Pursuant to the Order dismissing the Petition for Writ of Habeas Corpus for lack of jurisdiction signed today, this action is DISMISSED.

　　　　**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 17, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge